UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/17
```

KELLY D. SHAPIRO

          Plaintiff,

    against

NFGTV, INC. d/b/a EASTERN, et al.,

          Defendants.

Case No. 16 Civ. 9152 (PGG)

**STIPULATION AND
[PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that the time within which defendants NFGTV, Inc. d/b/a Eastern and We TV LLC must answer, move or otherwise respond to the Complaint is extended through and including February 6, 2017.

IT IS FURTHER STIPULATED AND AGREED that, for purposes of this Stipulation, facsimile or e-mailed signatures shall have the same force and effect as original signatures.

Dated: January 25, 2017

**BROWN NERI SMITH & KHAN LLP**
*Attorneys for Plaintiff*
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
(310) 593-9890

By: _____
    Sara C. Colón

**ROSENBERG & GIGER P.C.**
*Attorneys for Defendants*
250 Park Avenue, 12th Floor
New York, New York 10177
(646) 494-5000

By: _____
    John J. Rosenberg
    Brett T. Perala

The February 2, 2017 Conference is adjourned to Feb. 16, 2017 at 9:45 A.M.

SO ORDERED:

_____
Paul G. Gardephe
U.S.D.J.      Jan 30, 2017