UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KELLY D. SHAPIRO,<br><br>    Plaintiff,<br><br> against<br><br>NFGTV, INC. d/b/a EASTERN, et al.,<br><br>    Defendants. | Case No. 16 Civ. 9152 (PGG)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT <u>NFGTV, INC. d/b/a EASTERN</u>** |

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant NFGTV, Inc. d/b/a Eastern ("Eastern") certifies that Eastern has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: February 6, 2017
    New York, New York

                  ROSENBERG & GIGER P.C.

                  By: /s/ John J. Rosenberg
                    John J. Rosenberg
                    Brett T. Perala
                    250 Park Avenue, 12th Floor
                    New York, NY 10177
                    646-494-5000

                  *Attorneys for Defendants*