UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY D. SHAPIRO,<br><br>    Plaintiff,<br><br>against<br><br>NFGTV, INC. d/b/a EASTERN, et al.,<br><br>    Defendants. | Case No. 16 Civ. 9152 (PGG)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WE TV LLC** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant WE tv LLC ("WTL") certifies that WTL is a jointly-owned subsidiary of Rainbow Programming Holdings LLC ("RPHL") and American Movie Classics IV Holding Corporation ("AMCHC"); that AMCHC is a wholly-owned subsidiary of RPHL; that RPHL is a wholly-owned subsidiary of Rainbow Media Enterprises, Inc., which is a wholly-owned subsidiary of Rainbow Media Holdings LLC ("RMHL"); and that RMHL is a wholly-owned subsidiary of AMC Networks Inc., a publicly traded company.

Dated: February 6, 2017
    New York, New York

              ROSENBERG & GIGER P.C.


              By: /s/ John J. Rosenberg
                John J. Rosenberg
                Brett T. Perala
                250 Park Avenue, 12th Floor
                New York, NY 10177
                646-494-5000

              *Attorneys for Defendants*