Ethan J. Brown (*applying pro hac vice*)
 ethan@bnsklaw.com
Sara C. Colón (4815908)
 sara@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff,*
Kelly D. Shapiro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY D. SHAPIRO, an individual;<br><br>        Plaintiff,<br>v.<br><br>NFGTV, INC. d/b/a EASTERN; a New York Corporation; WE TV LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive;<br><br>        Defendants. | Case No.: 1:16-cv-09152-PGG<br><br>**CORRECTED MOTION TO APPEAR PRO HAC VICE**<br><br>[Filed Concurrently: Affidavit of Ethan J. Brown in Support of Corrected Motion to Appear Pro Hac Vice and [Proposed] Order] |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Ethan J. Brown, hereby move this Court for an Order to appear Pro Hac Vice as counsel for Plaintiff Kelly D. Shapiro in the above-captioned action.

I am in good standing of the bars of the State of California and the Commonwealth of Massachusetts, there are no pending disciplinary charges against me in any state or federal court, I have not been censured, suspended, disbarred, or denied admission or readmission by any court, and I have not ever been convicted of a felony.  Attached to my concurrently filed affidavit as **Exhibit 1**, are true and correct copies of certificates of good standing from the Supreme Court of California and the Commonwealth of Massachusetts.

Dated: May 8, 2017

Respectfully submitted,

By: _____
Ethan J. Brown

Ethan J. Brown
BROWN NERI SMITH & KHAN, LLP
11766 Wilshire Blvd., Ste. 1670
Los Angeles, CA 90025
T: (310) 593-9890
F: (310) 593-9980
Email: ethan@bnsklaw.com