Ethan J. Brown (*applying pro hac vice*)
 ethan@bnsklaw.com
Sara C. Colón (4815908)
 sara@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff,*
Kelly D. Shapiro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY D. SHAPIRO, an individual;<br><br>        Plaintiff,<br>v.<br><br>NFGTV, INC. d/b/a EASTERN; a New York Corporation; WE TV LLC, a Delaware limited liability company; and DOES 1-50, inclusive;<br><br>        Defendants. | Case No.: 1:16-cv-09152-PGG<br><br>**AFFIDAVIT OF ETHAN J. BROWN IN SUPPORT OF CORRECTED MOTION TO APPEAR PRO HAC VICE** |

## AFFIDAVIT OF ETHAN J. BROWN

I, Ethan J. Brown, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and the Commonwealth of Massachusetts.

2. I am in good standing of the bars of the State of California and the Commonwealth of Massachusetts. Attached hereto as Exhibit 1 are true and correct copies of certificates of good standing from the Supreme Court of California and the Commonwealth of Massachusetts.

3. There are no pending disciplinary charges against me in any state or federal court.

4. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I have not ever been convicted of a felony.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of _____ 2017 at Los Angeles, California.

_____
Ethan J. Brown

AFFIDAVIT OF ETHAN J. BROWN IN SUPPORT OF CORRECTED MOTION TO APPEAR PRO HAC VICE

# EXHIBIT 1



# Supreme Court of California

### JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ETHAN JOSEPH BROWN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ETHAN JOSEPH BROWN, #218814, was on the 16th day of February, 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17th day of April, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*I. Calanoc, Senior Deputy Clerk*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **January** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

## Ethan J. Brown

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **April** in the year of our Lord **two thousand and seventeen.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )

County of _Los Angeles_          )

On _May 3rd, 2017_ before me, _Kamran Behnam, Notary Public_ ,
(here insert name and title of the officer)

personally appeared _Ethan Joseph Brown_

_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**KAMRAN BEHNAM**
COMM. #2181422
NRO1   Notary Public · California   NRO1
Los Angeles County
My Comm. Expires Feb. 23, 2021

Signature _____

                                                                (Seal)

---

# Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document

titled/for the purpose of _____

_____ ,

containing _____ pages, and dated _____ .

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
Title(s)

_____

- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
- ○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____     Entry # _____

Notary contact: _____

Other _____
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ] _____

© Copyright 2007-2016 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.