Ethan J. Brown (*applying pro hac vice*)
 ethan@bnsklaw.com
Sara C. Colón (4815908)
 sara@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11766 Wilshire Boulevard, Suite 1670
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff,*
Kelly D. Shapiro

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY D. SHAPIRO, an individual;<br><br>        Plaintiff,<br>v.<br><br>NFGTV, INC. d/b/a EASTERN; a New York Corporation; WE TV LLC, a Delaware limited liability corporation; and DOES 1-50, inclusive;<br><br>        Defendants. | Case No.: 1:16-cv-09152-PGG<br><br>**[PROPOSED] ORDER GRANTING CORRECTED MOTION TO APPEAR PRO HAC VICE** |

The motion of Ethan J. Brown, to appear Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the State of California and the Commonwealth of Massachusetts, that no disciplinary charges are pending against him in any state or federal court, that he has not been censured, suspended, disbarred, or denied admission or readmission by any court, and that he has not ever been convicted of a felony. The applicant's contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Ethan J. Brown |
| Firm Name: | Brown Neri Smith & Khan, LLP |
| Address: | 11766 Wilshire Blvd., Ste. 1670 |
|  | Los Angeles, CA  90025 |
| Telephone: | (310) 593-9890 |
| Fax: | (310) 593-9890 |
| Email: | ethan@bnsklaw.com |

Applicant having requested to appear Pro Hac Vice for all purposes as counsel for Plaintiff Kelly D. Shapiro in the above entitled action;

IT IS HEREBY ORDERED that Applicant is permitted to appear Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, ____, 2017

_____
Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York

[PROPOSED] ORDER GRANTING CORRECTED MOTION FOR ADMISSION PRO HAC VICE

1